**Order entered January 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-01040-CV

## RAMCO CONTRACTORS, INC., Appellant

## V.

## WEST 7TH BUILDERS I, LLC D/B/A WOOD PARTNERS, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-05713**

### ORDER

Before the Court is appellant's January 7, 2022 motion requesting confirmation of the due date for its brief or, alternatively, an extension of the deadline. The clerk's record has been filed and the reporter's record is due on February 22, 2022. *See* TEX. R. APP. P. 4.1(a), 35.1(a). We **GRANT** appellant's motion to the extent that we confirm that its brief will be due within thirty days after the reporter's record is filed. *See id*. 38.6(a)(2).

/s/ CRAIG SMITH
JUSTICE